Printed: 12/17/09 11:06 AM

# Claims Distribution Small Checks

Page: 1

Case: 06-03137 - GONKA, BRUCE V.

Trustee: MORRIS L. HORWITZ (520770)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 3121098266766 | 126 | 12/17/09 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $15.55 |
| | | | 7 | 10/03/07 | 610 | Chamber of Commerce of the Tonawandas | 727.04 | 727.04 | 3.79 | 3.79 |
| | | | 12 | 10/02/07 | 610 | Adelphia | 222.08 | 222.08 | 1.16 | 1.16 |
| | | | 19 | 11/19/07 | 610 | National Grid | 204.46 | 204.46 | 1.06 | 1.06 |
| | | | 20 | 11/19/07 | 610 | National Grid | 892.31 | 892.31 | 4.65 | 4.65 |
| | | | 27 | 12/18/07 | 610 | Roundup Funding, LLC | 939.37 | 939.37 | 4.89 | 4.89 |

(*) Denotes objection to Amount Filed



FILED DEC 21 2009 BANKRUPTCY COURT BUFFALO, N.Y.

Receipt # 1089093
$15.55
12/21/2009